# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:

**DOW CORNING CORPORATION,**

    Debtor.

_____/

Bankruptcy Case No. 95-20512
Objection Docket No. 97-0009
Chapter 11
HON. DENISE PAGE HOOD

## ORDER GRANTING MOTION FOR JOINDER IN AMENDMENT OF PROOF OF CLAIM NO. 0276784-00

On July 27, 2009, JP Morgan Chase Bank, N.A. filed a Motion for Joinder in the Amendment to Proof of Claim No. 0276784-00 filed by Bank of America, N.A., as Agent. No response or objection to the motion was filed by Dow Corning Corporation.

Accordingly,

IT IS ORDERED that JP Morgan Chase Bank's Motion for Joinder in the Amendment to Proof of Claim No. 0276784-00 filed by Bank of America, N.A., as Agent (**In 95-20512, Doc. No. 30054; In 97-0009, Doc. No. 597**), is GRANTED.

                                              */s/ Denise Page Hood*
                                              DENISE PAGE HOOD
                                              U.S. District Judge

DATED: February 1, 2010